JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No.   CV 14-07199 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **DONNIE WALKER**, | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Donnie Walker, individually and doing business as Hooplove, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Donnie Walker, individually and doing business as Hooplove, shall pay the plaintiff, J & J Sports Productions, Inc., $7,700.00 in total damages.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the

1 | defendant or the pro se defendant in this matter.

Dated: October 17, 2016

_____
William Keller
United States District Judge